```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 63284
  RICARDO V JARENCIO
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-4506
```

------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/02/05 and confirmed on 02/17/06.

   2.  The case was dismissed after confirmation, 12/19/2008.

   3.  The Debtor paid a total of $   25189.78 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 2859.98 | .00 | 2859.98 |
| EMC MORTGAGE | SECURED | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 1354.00 | .00 | 1354.00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| MAZDA AMERICAN CREDIT | UNSECURED | 19134.72 | 2080.22 | 12325.08 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 5018.95 | 544.54 | 3232.81 |
| HOSPIRA INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS COLLEC | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4213.98 | .00 | 24153.67 | .00 | 28367.65 |
| PRINCIPAL PAID | 4213.98 | .00 | 15557.89 | .00 | 19771.87 |
| INTEREST PAID | .00 | .00 | 2624.76 | .00 | 2624.76 |
| TOTAL PAID | 4213.98 | .00 | 18182.65 | .00 | 22396.63 |

The Debtor's attorney, GARY N FOLEY PC                , was allowed $   2700.00
and was paid $   1306.00   direct and $    1394.00   through the plan.

The Trustee received $    1099.15 .

Refunds to the Debtor totaled $     300.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 03/16/09                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```